IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH TRUJILLO,

      Plaintiff,

v.                                                                                    No. 1:20-CV-0826 KWR/DLM

THERESA BITTENGER, *et al.*,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On December 1, 2023, United States Magistrate Judge Damian L. Martínez filed a Proposed Findings and Recommended Disposition (PFRD) recommending that Defendant's motion for reconsideration be denied. (Doc. 65.)

The PFRD notified the parties of their ability to file objections within 14 days and that failure to do so waived appellate review. (*Id.*) No party has filed objections, and the time to do so has passed.

**IT IS THEREFORE ORDERED:**

1.     The Magistrate Judge's PFRD (Doc. 65) is **ADOPTED**;

2.     Plaintiff's Motion for Reconsideration (Doc. 63) is **DENIED**.

6.     A final judgment is entered concurrently with this order.

**IT IS SO ORDERED.**

                                                  KEA W. RIGGS
                                                  UNITED STATES DISTRICT JUDGE